# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE BROWN-COMFORT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE INSURANCE | : | NO. 18-2929 |

## ORDER

**AND NOW**, this 24th day of January, 2019, upon consideration of, Plaintiff's "Motion to Compel Answers to Plaintiff's Discovery Requests" (Document No. 12), Defendant's Brief in Opposition thereto (Document No. 15), and "Plaintiff's Amended Reply Brief to Defendant's Brief in Opposition to Plaintiff's Motion to Compel Answers to Plaintiff's Discovery Requests" (Document No, 23), it is hereby **ORDERED** that:

1. Plaintiff's Motion is **DENIED**, based upon attorney client privilege, as to BROWN-COMFORT 100025 and BROWN-COMFORT 100028.

2. Plaintiff's Motion is **GRANTED** in part and, on or before January 28, 2019, Defendant shall produce to Plaintiff unredacted copies of BROWN-COMFORT 100007 to BROWN-COMFORT 100008, BROWN-COMFORT 100014 to BROWN-COMFORT 100016, BROWN-COMFORT 100026 to BROWN-COMFORT 100027, and BROWN-COMFORT 100029 to BROWN-COMFORT 100030.

**IT IS SO ORDERED**.

                              **BY THE COURT**:

                              */s/ Carol Sandra Moore Wells*
                              CAROL SANDRA MOORE WELLS
                              United States Magistrate Judge